UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-cr-80050-Middlebrooks/Matthewman

18 U.S.C. § 875(c)
18 U.S.C. § 981(a)(1)(C)

UNITED STATES OF AMERICA

vs.

HENRY PAUL DEMARCO,

Defendant.

_____/

FILED BY ___ *TM* ___ D.C.

**Mar 5, 2026**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

## INDICTMENT

The Grand Jury charges that:

On or about September 19, 2025, in Palm Beach County, in the Southern District of Florida and elsewhere, the defendant,

**HENRY PAUL DEMARCO,**

did knowingly transmit in interstate commerce any communication containing any threat to injure the person of another, that is, Victim 1, stating in a telephone voicemail, in part, "You son of a bitch, we're going to blow your ***** head off," with the intent to make a threat, with the knowledge that the communication would be viewed as a threat, and with reckless disregard as to the substantial risk that others would regard the communication as a threat, in violation of Title 18, United States Code, Section 875(c).

## FORFEITURE ALLEGATIONS

1.      The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **HENRY PAUL DEMARCO**, has an interest.

2.     Upon conviction of a violation of Title 18, United States Code. Section 875(c), as alleged in this Indictment, the defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to such offense, pursuant to Title 18, United States Code, Section 981(a)(1)(C).

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
FOREPERSON

*Adam C. McMichael*  for
_____
JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

*Juan A. Albino*
_____
JUAN A. ALBINO
ASSISTANT UNITED STATES ATTORNEY

2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**UNITED STATES OF AMERICA**                    **CASE NO.:** _____

**v.**

HENRY PAUL DEMARCO,                         **CERTIFICATE OF TRIAL ATTORNEY**

_____ /          **Superseding Case Information:**
                Defendants.                  New Defendant(s) (Yes or No) _____
**Court Division** (select one)              Number of New Defendants _____
  ☐ Miami    ☐ Key West    ☐ FTP      Total number of new counts _____
  ☐ FTL      ☑ WPB

I do hereby certify that:

1.  I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.

3.  Interpreter: (Yes or No) No____
    List language and/or dialect: _____

4.  This case will take __2__ days for the parties to try.

5.  Please check appropriate category and type of offense listed below:
    (Check only one)                  (Check only one)
    I    ☑  0 to  5 days              ☐ Petty
    II   ☐  6 to 10 days              ☐ Minor
    III  ☐  11 to 20 days             ☐ Misdemeanor
    IV   ☐  21 to 60 days             ☑ Felony
    V    ☐  61 days and over

6.  Has this case been previously filed in this District Court? (Yes or No) No____
    If yes, Judge _____ Case No. _____
7.  Has a complaint been filed in this matter? (Yes or No) No____
    If yes, Judge _____ Magistrate Case No. _____
8.  Does this case relate to a previously filed matter in this District Court? (Yes or No) No___
    If yes, Judge _____ Case No. _____
9.  Defendant(s) in federal custody as of _____
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No____
13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No___
14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No____
15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No____
16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No____

By: _Juan A. Albino_____
    JUAN ALBINO
    Assistant United States Attorney
    SDFL Court ID No.   A5503412

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

<u>PENALTY SHEET</u>

**Defendant's Name**: <u>HENRY PAUL DEMARCO</u>

**Case No**: _____

Count #1

  <u>Interstate Transmission of a Threat to Injure</u>

  <u>Title 18, United States Code, Section **875(c)**</u>

* **Max. Term of Imprisonment:**   5 Years
* **Mandatory Min. Term of Imprisonment (if applicable):**   N/A
* **Max. Supervised Release:**   3 Years
* **Max. Fine:**  $250,000
* **Special Assessment:**   $100

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include
restitution, special assessments, parole terms, or forfeitures that may be applicable.**