AO386-C
GOVERNMENT EXHIBIT
CASE NO. 26-CR-80050-DMM
EXHIBIT NO. 1

August 28, 2026

To: The Honorable Donald M. Middlebrooks

From: [redacted]

RE: 26CR80050DMM (United States v. Henry Paul Demarco)

## <u>VICTIM STATEMENT</u>

Your Honor,

In reference to the defendant, it is my request that he be sentenced to 12 months jail time in addition to 3 years of probation. The defendant's threat to my life has irreparably harmed me, and if not punished sends a message to other elected officials that their lives can be threatened with little risk of punishment.

On September 19, 2025, I returned to my office from a late lunch. While checking my voicemail, I heard the defendant's rabid and vile threat to harm me, "Nigger [redacted]", by shooting me in the head. Despite the fear the defendant's threat caused me, I immediately reported his crime to the Riviera Beach Police Department. Upon exiting the police station, I went home and did not leave my house for <u>three days</u> out of fear for my safety.

Even after my self-imposed house arrest ended, I still felt the as if the defendant was going to follow through on his threat to kill me. Up until the defendant's arrest, every day was extremely stressful for me, and every aspect of my life suffered as a result. I woke up each day thinking, "is this guy going to come after me today?" and went to bed each night concerned that "maybe tomorrow is the day."

Every day outside my home was extremely stressful. While I assumed the person who left the threatening voicemail on September 19, 2025 was a Caucasian male—based on the sound of his voice--I had no way determining his identity. Was it the gentleman standing across the street appearing to wait for the bus? Was it the gentleman I saw as I was exercising at the beach. Was it the gentleman who seemed to stare for a seemingly unusually long time as I walked to my car? I would not wish the tension I carried during the time on my worst enemy.

My work, both at my law office and as a Palm Beach County School Board Member, suffered greatly because of the defendant's actions. Before the defendant's actions, I did not carry a firearm. Now, that is no longer true. I once moved through life with a sense of freedom that I no longer feel. Hopefully, one day I will regain that feeling.

I had hoped to express my thoughts more fully today, but the impact of the defendant's actions has made that difficult. I will do my best to explain how his actions have affected my life and why I respectfully ask this Court to sentence him to one year in jail at the sentencing hearing.

Sincerely,

[redacted]

[redacted]